UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 00-20693
_____


EDGAR MORALES; LAIQUE REHMAN; NOUHAD K. BASSILA;
GEORGE BRECKENRIDGE; WILLIAM JEFFREY VAN FLEET,

Plaintiffs-Appellants,

v.

DON EVANS, U.S. Secretary of Commerce; KENNETH PREWITT,
Director of the United States Bureau of the Census,

Defendants-Appellees.

_____

Appeal from the United States District Court for the
Southern District of Texas, Houston
H-00-CV-1010
_____
October 10, 2001

Before DUHÉ and BENAVIDES, Circuit Judges, and RESTANI[*], District Judge.

PER CURIAM:[**]

Edgar Morales, Laique Rehman, Nouhad Bassila, George Breckenridge and William Van Fleet, Plaintiffs-Appellants, appeal from an adverse summary judgment dismissing their challenge to the

_____

[*] Judge, U.S. Court of International Trade, sitting by designation.

[**] Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

constitutionality of the forms used to conduct the decennial census for the year 2000. We review de novo the summary judgment of the district court. Specifically, appellants claimed that questions on their census forms asking them to identify their race and ethnicity violate the First Amendment of the U.S. Constitution and that those questions and others also contained in the census violate the Equal Protection provision of the Fifth Amendment. In addition, appellant Van Fleet claimed that the long form questionnaire sent to him constituted another violation of the Fourth and Fifth Amendments. After careful review of the record and briefs on appeal and giving due consideration to the oral argument presented upon submission, we find no error in the district court's judgment nor in its stated reasons for its judgment. No error having been shown, the judgment of the district court is affirmed in all things.

AFFIRMED